**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 01-6731**

-----

TONY ROBERT JONES,

                                        Petitioner - Appellant,

         versus

WILLIAM ANDERSON, Superintendent,

                                        Respondent - Appellee.

-----

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Graham C. Mullen, Chief District Judge.  (CA-01-13-5-2-MU)

-----

Submitted:  October 17, 2001          Decided:  November 15, 2001

-----

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

-----

Dismissed by unpublished per curiam opinion.

-----

Tony Robert Jones, Appellant Pro Se.

-----

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tony Robert Jones seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001) and denying his motion to set aside that order. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, while we grant leave to proceed in forma pauperis on appeal, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Jones v. Anderson, No. CA-01-13-5-2-MU (W.D.N.C. Mar. 23, 2001; Apr. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED